■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA A. ELCESER, Appellant.—Appeal by the defendant, as

limited by her brief, from a sentence of the County Court, Dutchess County (Aldrich, J.), imposed February 24, 1982, upon her conviction of grand larceny in the third degree, upon her plea of guilty, the sentence being an indeterminate term of imprisonment of 1 to 4 years.

Ordered that the sentence is affirmed.

We find no merit to the defendant's claim that the sentence imposed was excessive. Mollen, P. J., Bracken, Lawrence and Sullivan, JJ., concur.